IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR123 |
| JOHN E. HERRINGER, | ) ) | **ORDER** |
| Defendant. | ) ) | |

     Before the court is defendant's Motion for Extension of Time in Which to File Pretrial Motions [12]. Good cause being shown, the motion will be granted. The defendant's Motion to Disclose Identity of Confidential Informant and Make Available for Interview [13] shall be deemed as timely filed.

     IT IS ORDERED:

1. That the Motion for Extension of Time in Which to File Pretrial Motions [12] is granted; and

2. That the Motion to Disclose Identity of Confidential Informant and Make Available for Interview [13] is set for hearing on **May 19, 2005** at **2:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

     Since this is a criminal case, the defendant must be present, unless excused by the Court.

     DATED this 6th day of May, 2005.

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        United States Magistrate Judge