# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR123** |
| **vs.** | ) | |
| | ) | **SCHEDULING ORDER** |
| **JOHN E. HERRINGER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**IT IS ORDERED** that the jury trial now scheduled for the week of May 30, 2005 is cancelled.  A new trial date will be set in accordance with the Speedy Trial Act after defendant's Motion to Disclose Confidential Informant (#13) is resolved.

**DATED May 9, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge