IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR123 |
| vs. | ) | |
| | ) | ORDER |
| JON E. HERRINGER, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of Carlos A. Monzón for leave to withdraw as counsel for the defendant [44]. The record shows that David R. Stickman has entered his appearance as substitute counsel.

    **IT THEREFORE IS ORDERED** that the Motion to Withdraw [44] is granted. The Clerk shall terminate the appearance of Carlos A. Monzón as defense counsel and the record shall reflect that David R. Stickman will represent the defendant in this matter.

    **DATED September 1, 2005.**

                                                      BY THE COURT:

                                                    s/ F.A. Gossett
                                                    **United States Magistrate Judge**